In the Matter of 260 LENOX ROAD REALTY CORPORATION, Respondent, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellant, and IRVING SCHLEIN, Intervener, Appellant.— In a proceeding under article 78 of the Civil Practice Act, to review the determination of the State Rent Administrator, which revoked his earlier determination fixing the maximum rent at $110 per month, and refixing it at $90, the order at Special Term annuls the determination and fixes the maximum rent at $110 in accordance with the Administrator's earlier determination. Order reversed on the law, without costs, the proceeding dismissed, and the determination of the Administrator, fixing the maximum rent at $90, confirmed. Upon remission by the Supreme Court the Administrator had the power to make a new determination, even though the evidence was approximately the same as on the earlier determination. There is substantial evidence to support the new determination. (*Matter of Yasser* v. *McGoldrick,* 282 App. Div. 1056.) Nolan, P. J., Adel, Wenzel, Schmidt and Murphy, JJ., concur.

■

HEZZIE JAMES et al., Respondents, v. RENEE OUIMET, Appellant.— In an action to recover damages for injuries to the person and property and for medical expenses and loss of services, defendant appeals from an order which denied his motion to dismiss the complaint for plaintiffs' unreasonable neglect to prosecute the action, on condition that plaintiffs pay $10 costs. Plaintiffs sent to defendant's attorneys a check for the costs, which check said attorneys retained. Appeal dismissed, without costs. By retaining the check for costs imposed on plaintiffs as a condition for denial of defendant's motion, defendant has waived the right to appeal. (*Carll* v. *Oakley,* 97 N. Y. 633; *Clair Marcelle, Inc.,* v. *Agfa Ansco Corp.,* 250 App. Div. 508; *Brenner* v. *Steven Plumbing Supply Co.,* 279 App. Div. 1087; see, also, *Farmers' Loan & Trust Co.* v. *Bankers Merchants' Tel. Co.,* 109 N. Y. 342.) Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.